## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES,  )<br>                                                              )<br>           Plaintiff,                            )<br>                                                              )<br>     vs.                                                )   Civil Action No. 19-2018 (EGS)<br>                                                              )<br>U.S. IMMIGRATION AND CUSTOMS  )<br>ENFORCEMENT,                              )<br>                                                              )<br>           Defendant.                          )<br>_____ ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff, Center for Immigration Studies, and Defendant, U.S. Immigration and Customs Enforcement, have now resolved this case, including an agreement with regard to the payment of attorneys' fees and costs. The parties agree and stipulate as follows:

1. This Stipulation and Order shall constitute dismissal with prejudice of Plaintiff's claims for relief. The dismissal of this action shall be effective upon the Court's signing and entry of this Stipulation and Order on the docket as an order of the Court.

2. After dismissal of this action, Defendant shall pay to Plaintiff a lump sum of $1,900 in attorneys' fees and costs in this matter pursuant to the terms and conditions of the parties' settlement agreement. Plaintiff agrees that payment of this sum shall constitute full and final settlement of all claims by Plaintiff for fees, costs, and expenses against Defendant in this action.

3. The Court retains jurisdiction to enforce the provisions of this Stipulation and Order.

Dated: January 21, 2020                             Respectfully submitted,

FOR PLAINTIFF:                                      FOR DEFENDANT:

/s/ *Julie Axelrod*                                 JESSIE K. LIU
Julie B. Axelrod, DC Bar No. 1001557                D.C. Bar #472845
Center for Immigration Studies                      United States Attorney
1629 K Street, NW, Suite 600
Washington DC, 20006                                DANIEL F. VAN HORN
Tel: (202) 466-8185                                 D.C. Bar #924092
Fax: (202) 466-8076                                 Chief, Civil Division
Email: jba@cis.org

                                                                By: /s/ *Sean Tepe*
                                                                  SEAN M. Tepe, DC Bar No. 1001323
                                                                  Assistant United States Attorney
                                                                  555 4th Street, N.W.
                                                                  Washington, DC 20530
                                                                  Tel: (202) 252-2533
                                                                  Email: sean.tepe@usdoj.gov


SO ORDERED, this ___ day of _____, 2020.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE